625 A.2d 615

EMPIRE SANITARY LANDFILL, INC. and Danella
Environmental Technologies, Inc.

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVI-
RONMENTAL RESOURCES, Lehigh Co., Lehigh Co. Depart-
ment of Planning & Development, Office of Solid Waste Man-
agement, et al.

Appeal of DEPARTMENT OF ENVIRONMENTAL
RESOURCES AT NO. 109.

Appeal of LEHIGH COUNTY AT NO. 115.

Supreme Court of Pennsylvania.

Argued May 3, 1993.

Decided May 24, 1993.

Michael D. Bedrin, Chief, NE Region–DER, Pittsburgh, John H. Herman, David J. Gromelski, Asst. Counsel, Keith Welks, Harrisburg, Alexander E. Stein, George J. Krueger, Philadelphia, for appellants.

Charles W. Bowser, Lee C. Silverman, Philadelphia, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

ORDER

PER CURIAM:

Order affirmed.